UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| WILLIAM BONNER, on behalf of himself and all others similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> VS. ) <br> ) <br> METROPOLITAN SECURITY SERVICES, ) <br> INC., d/b/a WALDEN SECURITY, ) <br> ) <br> ) <br> Defendant. ) | Civil Action No: 5:10-CV-937-XR |

### ORDER

The parties have informed the Court that they have reached a settlement in this case. So that this cause does not remain on the Court's calendar in the absence of a live controversy, the Court vacates all remaining deadlines, including trial, and ORDERS the parties to submit a stipulation of dismissal or an agreed judgment and any appropriate supporting documents on or before **June 15, 2012.** *See* FED. R. CIV. P. 41. Should the parties be unable to finalize the settlement and submit appropriate documents by that date, they must request an extension of time to file the documents. The parties' motion parties pending motions (docket nos. 76, 77, 78) are dismissed as moot without prejudice to rearguing if the parties are unable to finalize the settlement.

It is so ORDERED.

SIGNED this 11th day of May, 2012.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1