IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| WILLIAM BONNER, on behalf of himself and all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>METROPOLITAN SECURITY SERVICES, INC. d/b/a WALDEN SECURITY,<br><br>Defendant | § § § § § § § § § § § § | CIVIL ACTION NO: 5:10-cv-937 |

## JOINT MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT AND DISMISSAL

COME NOW Representative Plaintiff William Bonner ("Representative Plaintiff"), on behalf of himself and others similarly situated (collectively "Plaintiffs"), and Defendant Metropolitan Security Services, Inc. d/b/a Walden Security ( "Defendant"), and file this Joint Motion for Approval of Collective Action Settlement and Dismissal and show the Court as follows:

1. William Bonner brought this suit on behalf of himself and others similarly situated. The Court conditionally certified this case as a collective action and a total of 106 additional class members filed consent forms to join this case.

2. Following extensive discovery, motion practice, mediation and additional settlement talks, the parties have reached a settlement of all issues.

3. The terms of the settlement have been approved by representative plaintiff Bonner, who was designated as the collective action representative by each of the opt-in plaintiffs by their signatures on the court-approved Consent to Sue forms filed with the Court on behalf of each opt-in plaintiff.

4. The parties submit this motion for approval of the settlement reached as a result of arm's length negotiations between the parties.[1]

5. The settlement reflects a reasonable compromise of issues actually in dispute, the settlement was reached in an adversarial context in which Plaintiffs were represented by competent and experienced counsel, and the totality of the proposed settlement is fair and reasonable.

6. The parties stipulate that payment of the above mentioned settlement amount will be tendered by Defendant upon Court approval of the Joint Motion for Approval of Collective Action Settlement and Dismissal.

WHEREFORE PREMISES CONSIDERED, the parties pray that the Court approves this Motion and dismisses this lawsuit with prejudice.

Respectfully Submitted:

THE YOUNG LAW FIRM, P.C.
Jeremi K. Young
Rhonda Luginbyhl
112 West 8th Avenue, Suite 900-D
Amarillo, Texas 79101
Telephone: (806) 331-1800
Facsimile: (806) 398-9095
E-mail: jyoung@youngfirm.com

By:   */s/ Jeremi K. Young*
       Jeremi K. Young
       *Attorneys for Plaintiffs*

CHAMBLISS, BAHNER & STOPHEL, P.C.
J. Bartlett Quinn, TN BPR No. 012219
Justin L. Furrow, TN BPR No. 027667
1000 Tallan Building, Two Union Square

---

[1] This Court's approval of the parties' settlement for Plaintiffs' FLSA claims may not be necessary; however, out of an abundance of caution, the parties ask for the Court's approval. *See Martinez v. Bohls Bearing Equip. Co.*, 361 F. Supp. 2d 608 (W.D.Tex. 2005).

       Chattanooga, Tennessee 37402-2502
       Telephone: 423.757.0221
       Facsimile: 423.508.1221
       bquinn@cbslawfirm.com
       jfurrow@cbslawfirm.com

By: */s/ J. Bartlett Quinn*
   *Attorneys for Defendant*