IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
JUN 1 8 2012
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

| | |
|---|---|
| WILLIAM BONNER, on behalf of himself and all others similarly situated, § § § § Plaintiff § § vs. § § METROPOLITAN SECURITY § SERVICES, INC. d/b/a § WALDEN SECURITY, § § Defendant § | CIVIL ACTION NO: 5:10-cv-937 |

## ORDER APPROVING COLLECTIVE ACTION SETTLEMENT AND DISSMISSING ACTION

Upon consideration of the parties' Joint Motion for Approval of Collective Action Settlement and Dismissal, and having reviewed the Motion and exhibits, and for good cause shown, it is **ORDERED, ADJUDGED** and **DECREED** that:

1. The settlement of this action: a) is fair to all parties, b) reasonably resolves a *bona fide* disagreement between the parties concerning the merits of the claims asserted in the action; and c) demonstrates a good faith intention by the parties that the Plaintiffs' claims be fully and finally resolved. The Settlement is therefore **APPROVED** by the Court.

2. This action is **DISMISSED WITH PREJUDICE.**

3. Each party shall bear his/her/its own costs and attorneys' fees except as otherwise provided in the Settlement Agreement.

IT IS SO ORDERD this _10th_ day of _July_____, 2012.

_____
Honorable Xavier Rodriguez, District Judge for the
United States District Court of the Western District of
Texas